IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Michelin North America, Inc., and<br>Michelin Retread Technologies, Inc. | )<br>)<br>) | Civil Action No.  6:13-cv-01067-HMH |
| Plaintiffs, | )<br>) | |
| vs. | )<br>)<br>) | NOTICE OF FILING OF<br>AFFIDAVIT OF SERVICE |
| Inter-City Tire and Auto Center, Inc., and<br>Inter-City Retread, Inc., | )<br>)<br>) | |
| Defendants. | )<br>) | |

On behalf of Plaintiff(s), I am hereby filing the attached Affidavit of Service.

Respectfully submitted,

By:     s/Giles M. Schanen
Nelson Mullins Riley & Scarborough, LLP
A. Marvin Quattlebaum, Jr.
Federal Bar No. 5052
E-Mail: marvin.quattlebaum@nelsonmullins.com
Giles M. Schanen
Federal Bar No. 8098
E-Mail: giles.schanen@nelsonmullins.com
104 South Main Street / Ninth Floor
Post Office Box 10084 (29603-0084)
Greenville, SC  29601
(864) 250-2300

OF COUNSEL:
Peter W. Herzog III
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
pwherzog@bryancave.com

*Attorneys for Plaintiffs*

Greenville, South Carolina
May 6, 2013

IN THE COURT OF COMMON PLEAS IN AND FOR UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| MICHELIN NORTH AMERICA, INC., | Plaintiff(s) | |
| | VS. | Court No.: 6:13cv1067-HMH |
| INTER-CITY TIRE AND AUTO CENTER, INC. | Defendant(s) | |

### AFFIDAVIT OF SERVICE

Service of Process on:  Inter-City Tire and Auto Center, Inc.
Type of Process:  Summons and Complaint

SERVED the within named defendant on: 04/23/2013 @ 11:30 AM   @ 777 Dowd Avenue, Elizabeth, NJ, 07201

✓ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Vidal Erbesh, (Title): Vice President, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 45  Gender Male  Race Caucasian  Height 5-10  Weight 176-200  Hair Black    Glasses Unassigned

**MILITARY**  No
**MARRIED**  Unassigned

Additional Comments:
_____
_____
_____

Is the place of service the dwelling house or abode for the party being served? ( ) Yes  (✓) No

Signature of Process Server: The undersigned declares, under penalty of perjury, that the foregoing is true and correct and that he/she is over age of 18 and is not an interested party in this action.

NAME:  Manny Bayo                                                           5/3/13
                          Signature of Process Server                Date

Notary Public: Subscribed and sworn before me on this 3 day of May in the year of 2013

Personally known to me ✓ or _____ identified by the following document:

Number / Reference: _____
Type: No ___
Notary Public for NEW JERSEY
Commission Expiration: 2-1-16

Notary Public (Legal Signature)

CARLOS VERON
Notary Public
[of] New Jersey
[Commission] Expires Feb 1, 2016

CARLOS VERON
Notary Public
State of New Jersey
My Commission Expires Feb 1, 2016

File Number: 1NM042213
Reference Num: 3019377