IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Michelin North America, Inc., and<br>Michelin Retread Technologies, Inc. | )<br>)<br>) | Civil Action No. 6:13-cv-01067-HMH |
| Plaintiffs, | )<br>) | |
| vs. | )<br>)<br>) | NOTICE OF FILING OF<br>AFFIDAVIT OF SERVICE |
| Inter-City Tire and Auto Center, Inc., and<br>Inter-City Retread, Inc., | )<br>)<br>) | |
| Defendants. | )<br>) | |

On behalf of Plaintiff(s), I am hereby filing the attached Affidavit of Service.

Respectfully submitted,

By:   s/Giles M. Schanen
Nelson Mullins Riley & Scarborough, LLP
A. Marvin Quattlebaum, Jr.
Federal Bar No. 5052
E-Mail: marvin.quattlebaum@nelsonmullins.com
Giles M. Schanen
Federal Bar No. 8098
E-Mail: giles.schanen@nelsonmullins.com
104 South Main Street / Ninth Floor
Post Office Box 10084 (29603-0084)
Greenville, SC  29601
(864) 250-2300

OF COUNSEL:
Peter W. Herzog III
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
pwherzog@bryancave.com

*Attorneys for Plaintiffs*

Greenville, South Carolina
May 6, 2013

IN THE COURT OF COMMON PLEAS IN AND FOR UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

MICHELIN NORTH AMERICA, INC.,

Plaintiff(s)

VS.

INTER-CITY TIRE AND AUTO CENTER, INC.

Defendant(s)

Court No.: 6:13cv1067-HMH

## AFFIDAVIT OF SERVICE

Service of Process on: Inter-City Retread, Inc.
Type of Process: Summons and First Amended Complaint

(SERVED)/NON-SERVED the within named defendant on: 5/3/13 @ 2:50 AM/PM @ 777 Dowd Avenue Elizabeth, NJ 07201

____ INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

____ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: _____, (Relationship): _____, a person residing therein of suitable age and discretion who confirmed the defendant resides at the above address and informed that person of the contents thereof.

VP – Site Manager

✓ CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with Vitol Enbesh, (Title) _____, a person authorized to accept service and informed that person of the contents thereof.

____ NON-SERVICE after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 5-40  Gender (M) F  Race WHR  Height 5'2  Weight 171  Hair Blnd  Glasses Y/N

MILITARY _____
MARRIED _____
MOBILE HOME _____ VIN NUMBER _____

Additional Comments _____

Is the place of service the dwelling house or abode for the party being served? ( )Yes ( )No

Signature of Process Server: The undersigned declares, under penalty of perjury, that the foregoing is true and correct and that he/she is over age of 18 and is not an interested party in this action.

NAME: Manny Bayo

Signature of Process Server   Date 5/3/13

Notary Public: Subscribed and sworn before me on this 3 day of May in the year of 2013

Personally known to me ____ or ✓ identified by the following document:
Number / Reference: _____
Type: Notary
Notary Public for NEW JERSEY
Commission Expiration: 1/22/18

Notary Public (Legal Signature)

Reference Num: 3024235
File Number: 1nm042213

**KETAN P SOLANKI**
**Notary Public**
**State of New Jersey**
**My Commission Expires Jan 22, 2018**