**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| MICHELIN NORTH AMERICA, INC. and MICHELIN RETREAD TECHNOLOGIES, INC., <br>    Plaintiffs, <br><br> v. <br><br> INTER-CITY TIRE AND AUTO CENTER, INC. and INTER-CITY RETREAD, INC., <br>    Defendants. <br><br> And <br><br> INTER CITY TIRE AND AUTO CENTER, INC., <br>    Plaintiff-in-Counterclaim, <br><br> v. <br><br> MICHELIN NORTH AMERICA, INC., <br>    Defendant-in-Counterclaim. | Civ. No.: 6:13CV1067-HMH |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. Proc. 3 and 4, Defendant/Plaintiff-in-Counterclaim Inter City Tire and Auto Center, Inc. hereby appeals to the United States Court of Appeals for the Fourth Circuit, the Opinion and Order entered in this action on June 24, 2013 (ECF No. 53).

Respectfully submitted,

ROE CASSIDY COATES & PRICE, P.A.

/s/ William A. Coates
William A. Coates, Fed. ID No. 183
P.O. Box 10529
(1052 North Church Street, 29601)
Greenville, SC 29603
864-349-2600 – Telephone
864-349-2603 – Direct Dial
864-349-0303 – Facsimile
wac@roecassidy.com – E-mail

**Of Counsel:**
HINCKLEY, ALLEN & SNYDER LLP
Michael J. Connolly (Admitted Pro Hac Vice)
Laura B. Angelini (Admitted Pro Hac Vice)
28 State Street
Boston, MA 02109
(617) 345-9000

*Attorneys for Inter City Tire and Auto Center, Inc. and Inter City Retread, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ William A. Coates

Greenville, South Carolina

July 24, 2013