IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Michelin North America, Inc., and <br> Michelin Retread Technologies, Inc., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> vs. <br><br> Inter City Tire and Auto Center, Inc., and <br> Inter City Retread, Inc., <br><br> Defendants/Counterclaim Plaintiffs, <br><br> vs. <br><br> Service Tire Truck Centers, Inc., <br> Tire Centers, LLC, James Cavanaugh, <br> William McCabe, William Schafer, <br> Andrew Meurer, and Marc Pasquet, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 6:13-1067-HMH |
| Inter City Tire and Auto Center, Inc. and. <br> Inter City Retread, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Michelin North America, Inc., Michelin <br> Retread Technologies, Inc., Service Tire <br> Truck Center, Inc., James Cavanaugh <br> William McCabe and Oscar Simoes, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 6:13-2752-HMH <br><br><br><br> **OPINION & ORDER** |

| | |
|---|---|
| Inter City Retread, Inc. ) | |
| ) | C.A. No. 6:14-1254-HMH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Michelin Retread Technologies, Inc. ) | |
| ) | |
| Defendant. ) | |

      This matter is before the court on Defendants/Counterclaim Plaintiffs Inter City Tire and Auto Center, Inc. and Inter City Retread, Inc.'s motion to compel Service Tire Truck Centers, Inc. to respond to certain discovery requests, docket number 380.[1]  The parties are ordered that any response to this motion must be submitted to this court by Monday, December 8, 2014, by 12:00 p.m.

      **IT IS SO ORDERED.**

                                                   s/Henry M. Herlong, Jr.
                                                   Senior United States District Judge

Greenville, South Carolina
December 4, 2014

---

[1] All citations in ECF refer to C.A. No. 6:13-cv-1067.

2